[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-14505
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 4, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00166-JDW-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ISAC VELASQUEZ-PEREZ,
a.k.a. Jaime Sifuentes-Villega,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(August 4, 2011)

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Maria Guzman, appointed counsel for Isac Velasquez-Perez, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Velasquez-Perez's conviction and within-guideline sentence is **AFFIRMED**.